Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED - GR
June 10, 2021 1:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JU / 6-11

UCC 1-308
Michael James Krusell   the Natural Man of God
Cyrus Parsa, The A.I. org. Karlschwartz the
nanotech-exec. &   Plaintiff(s) Muslims, Christians

Case No. **1:21-cv-484**
(to be filled in)
Paul L. Maloney- U.S. District Judge
Ray Kent - Magistrate Judge

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)  victims of oppression usury
                              -v- & Bondage around World

Professional & AO Henchmen capacities
Federal U.S. "Agents" President Biden, Fed.
State "Agents" Gov Whitmer, Emmet co. inc "Agents"
WASHTENAW Co Agents / Defendant(s) U. of M "Agents"
(Write the full name of each defendant who is being sued. If the Et, al
names of all the defendants cannot fit in the space above, please  Petoskey city inc "Agents" "Mayor" John Murphy
write "see attached" in the space and attach an additional page  Whitley, ARNOLD, et al
with the full list of names. Do not include addresses here.)
Google, Facebook inc Neuralink Deepmind inc
D, AI, R, P, & other John Doe inc's & Agents Discovery will show

Genesse co inc aus sheriff, Lt ???
etal

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael James Knisell et al

All other names by which you have been known: Emmet co. inc  Human trafficking facility

ID Number — NATURAL MAN NOT NAZI CAPO44 II

Current Institution

Address

Petoskey (City)   Michigan (State)   R.F.D. (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: Joe Biden et al

Job or Title (if known): Quasi "President"

Shield Number:

Employer:

Address: Fed. U.S. inc  1600 Penn. Ave
Washington (City)  District of Columbia (State)  Zip Code

[X] Individual capacity   [X] Official capacity

**Defendant No. 2**

Name: Gretchen Witmer et al

Job or Title (if known): Quasi Gov.

Shield Number:

Employer:

Address: Federal state of MI inc
Lansing (City)  Michigan (State)  R.F.D. (Zip Code)

[X] Individual capacity   [X] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Peter Wallin et al
  Job or Title (if known): Quasi "Sheriff"
  Shield Number:
  Employer:
  Address: Emmet co inc   450 Bay Street
           Petoskey    Michigan    RFD
           City        State       Zip Code
  [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name: U of M. pres Laura Hershbrener & Thomas Zimmer et al
  Job or Title (if known): U of M psychologists
  Shield Number:
  Employer:
  Address: University of Michigan
           Ann Arbor    Michigan    RFD
           City         State       Zip Code
  [X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
  [X] Federal officials (a *Bivens* claim)
  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st. No freedom of Religion 2nd, 4th illegal seared 5th NO Due process, 6th NO victim except me 7th Common law & ucc 1-308 Denied 8th cruel & unusual cant begin to describe Ive been surgically assaulted & threatened with force feedings toxic Diet & meat I'm vegan Denied Halael vegan M/c. Diet bail is super excessive 12th 13th Quare Clausem fregit trespass of Birth Cruel for 16th Tax In INvitum Involuntary servitude. 14th No Due process No UCC 1-308 invio Natu 17th sencte elections        or Human Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Fraudulent accts held in "trust" created as Artifact of Illusory a Quare Clausem fregit on Natural person. DR Laura Eisenhewer says Icke Eisenhower signed treaty with "Valient thor" Hon. Paul Helyer Ex canadian Defense minister says same & there's pics, Nobody in cabinet dispute pictures Authenta Helyer says treaty co-op with Alien Federation on earth is FACT. Title 14 C V. part 1230 shows co-op part 1262 = Justice I dont have part 1275 comp to [illegible] part 1211 illegal to kommunicate w/ E.T.

Page 3 of 11

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Title 8 USC 1481 once oath of office taken citizenship relinquished theyre "foreign state Agents" (FARA) required registration. Oath of office is Quid Pro Quo Contract US Const Art. V clause II & III   Title 18 sec 241-245 to or more act together is treason

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other *(explain)* P.O.W. I am a Medic who has given MSP/FBI Evidence of TREASON on President & satanic DOC Agents stalking me pesting clan Blood Sacrifice to Satan. MSP Trooper Burnette said youre not crazy, delusional this is above my pay grade You need witness protection from Feds!

### IV. Statement of Claim

More on —

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I worked paid as employee of Black Diamond outreach, WVGU PBS, D.D.S) on Jim Haadsma John Fisher Ellen Lement campaign  Paid Meeting w/candidate conducting campaign illg

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. I was beat Robbed tortured in Genesee county drugged under illegal order calling Hendelee African American, Tortured for a yr. made to miss showcause in krusell v sheriff wallin etc while wallin meet with Trump (Maga= a satanic church Renk!) Then surgically assaulted by U of M against my will All rights Denied. Then assaulted by Whitley & Arnold kidnapped brought to Emmet county inc Dungeon and Denied All Human Rights Religious Freed

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. I was assaulted A Natural Man Not committing CRIME – "cops hiding behind edu of law assaulted me brought To, 450 Bay Petoskey Michigen threats of Force feedin meat gluten other food Allergies & toxic sugary Diet Flouride Chlorine Atrozine water made Assaulted with TOXINS And Atropine Eye drop = Poisonous Alkaloid extrac of Atropa Belladonna has caused Blindness Atrophy Extreme Pain Suffering No informed Consent = CRIME

The election system & election is NOT Big lie just for TRUMP its Lie period Fraud who Gates not viewers like me & you PBS paid to swing election!

**C. What date and approximate time did the events giving rise to your claim(s) occur?**

3/2020 U of M with Emmet county (Agents - Judges "cops involved") McLaren Hospital. Here is pic & video evidence on my FB & YT, twitter & linkdin have illegally banned removed my TRUTHful accounts to suppress truth! 3/29/21 is most recent assault kidnap.

FB, YT, Linkdin Twitter evidence witness DR Len Horowitz, Sheri Kane, Eugene Sonny IRVIN, John Cauiness, Shianne Patten, Judge Anna Maria Riesinger, Cyrus Parsa, Karl Schwarte the nano tech exec. DR. Carrie Madej, DR Laura Eisenhower, Paul Helyer, Disclosure project DR Steven M Greer. Mark Steele.60 @ SKYPE

**D. What are the facts underlying your claim(s)?** (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

The 99% of Earth is involved and victim. All pharma carry (+) ion = pos. ion = poison - to human charge. All (-) ion plant med and Nature heal the corp. gov. try to ban Control monopolize as they Mandate DRS Not give informed consent poison pharma for incentive of Ø value NOTES! NCBI #1 Manuka Honey & essential oils

**V. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Biden + china project Time report facebook Chan Zuckerberg initiative was Cold springs Harbor Known Nazi evil operation MOLDICE TRANSHUMANISM Fungal Nanotech virus from DARPA

I've been blinded in one eye, have gaping sore in mouth & Broken Bridge. I've got (L.R.I.M.) both hands, blurred vision in Left EYE. I've been excreting blood, have chronic B.P. 160/130. DR. Pass & Nurse TURCOTT Jail Agents Don't care they care solely for Mammon & Ø value NOTE more than the TRUTH; LOVE; & their Neighbor or Selves

**VI. Relief** Restore rights & Freedom religion Diet get proper Biology birth med treatment End art of war on community Divide conquer of ism, capital, capitalism on neighbor misfortune lack of intel spread TRUTH ART of Universal Love (-) ion commun-ic co-op

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Quantum Damnificatus Quantum Immeasurable geothermal greenhouse/living co-ops Manuka honey essential oils herbs veg food + med on Love

Rescue from UNLawful P.O.W. torture violating geneva protocol vol 2 article 3 treasonous officials of foreign state occupational force of Federal U.S., Fed. state, city, co. inc "Color of Law" criminals all Derelict of Duty & oaths Title 18 sec 241 a, Hilary Clinton - Frazzledrip Satanic murder Adducts Navy col. Michael Aquino funder church of Set = satanic. Navy has working patent Δ shaped "craft" Make Atonement for fraud Artifice of illusory "Trust" and give reparation = title = possession of Earth to all with TRUTH & = Knowledge so people unite and co-op produce Ø poison - poison pharma or allers for Ø value NOTES No more Atrazine in water, J.Y. nanobots in food & wells Turn "Leaders" Judges are NON compos mentis Evil m'Naughton Rule who does this R.I.?

UCC 1308 ,
NATURAL MAN of God
Michael J. Knisell
450 BAY Dungeon
Peteskey Michigan
R.F.D

TRAVERSE CITY
MI 496 1 T
08 JUN 2021 PM

THIS MAIL ORIGINATES FROM
EMMET COUNTY CORRECTIONAL FACILITY


Barn Swallow

(N,I.D,S)
Title 14 ch.V part 1275 official comp
(O.I.G) & (I.R.B.) SHERRI KANE ; DR LAURA
MSP. Gaylord POST TRP BURNETTE        Eisenhower
TBD     Hon. Paul Helyer ; Judge Anne Maria Riezinger
C/O     Clerk of Federal Court
        399 Federal Building
        110 Michigan Street N.W
        GRAND RAPIDS, Michigan